IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> MATTHEW DANIEL BIRCH, </br></br> Defendant. | No. 22-CR-1002 </br></br> **INDICTMENT** </br></br> **Count 1** </br> 21 U.S.C. § 846 </br> Conspiracy to Distribute a </br> Controlled Substance </br></br> **Count 2** </br> 21 U.S.C. § 841(a)(1) </br> Possession with Intent to Distribute </br> a Controlled Substance |

The Grand Jury charges:

## Count 1

**Conspiracy to Distribute a Controlled Substance**

Between in or about December 2019, and continuing to in or about November 2021, in the Northern District of Iowa, defendant MATTHEW DANIEL BIRCH did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

This was in violation of Title 21, United States Code, Section 846.

### Count 2

**Possession with Intent to Distribute a Controlled Substance**

On or about November 12, 2021, in the Northern District of Iowa, defendant MATHEW DANIEL BIRCH did knowingly and intentionally possess with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

SEAN R. BERRY
United States Attorney

By: [signature]

DEVRA T. HAKE
Special Assistant United States Attorney

A TRUE BILL

s/Foreperson
_____
Grand Jury Foreperson    Date  1/20/22

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 1/20/2022
ROBERT L. PHELPS, CLERK