UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 22-cr-1002<br>) |
| vs. | )<br>) |
| MATTHEW DANIEL BIRCH, | ) **DEFENDANT'S APPEAL TO DISTRICT**<br>) **COURT OF PRE-TRIAL ORDER OF**<br>) **DETENTION** |
| Defendant. | ) |

COMES NOW Defendant Matthew Daniel Birch, by and through his attorneys, Andrea D. Jaeger of Keegan, Tindal, & Jaeger, and hereby gives notice of his appeal to the District Court of the pre-trial order of detention pursuant to 18 U.S.C. § 3145(c). In support thereof, Defendant states as follows:

1. On January 20, 2022, an Indictment was filed, accusing Defendant of conspiracy to distribute a controlled substance, actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 (count 1); and possession with intent to distribute a controlled substance, actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) (count 2). CM/ECF No. 2.

2. On March 25, 2022, Defendant made his initial appearance and was arraigned. CM/ECF No. 8. The Government moved for detention, and Defendant was detained pending a detention hearing. CM/ECF Nos. 9–10.

3. Based upon the alleged offense and potential sentence in this case, Defendant is subject to a rebuttable presumption "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community…." 18 U.S.C. § 3142(e)(3)(A).

4. On March 30, 2022, Defendant and the Government proceeded to detention hearing. CM/ECF No. 15. The Government called Sgt. Adam Williams; Defendant called Ms. Kasey Copeland. *Id.* Defendant's sealed Exhibit A, constituting medical records, was admitted. *Id.* The Court heard argument and found Defendant had rebutted the presumption of detention; the Court nevertheless declined to release Defendant, finding Defendant posed a risk of non-appearance and a danger to the community. Defendant was ordered detained. *Id.;* CM/ECF No. 16; *see also* CM/ECF No. 17, 17-1, 17-2 (Defendant's sealed exhibit A).

5. Defendant hereby requests an appeal to the District Court of the Magistrate Judge's order for detention pending trial.

6. On today's date, a transcript of the detention hearing was ordered with a request for expedited processing.

7. "In our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." *U.S. v. Salerno*, 481 U.S. 739, 755 (1987). When considering appeals of pre-trial detention orders, a district court reviews the magistrate judge's decision *de novo*. *U.S. v. Maull*, 773 F.2d 1479, 1481 (8th Cir. 1985); *U.S. v. Stenger*, 536 F.Supp.2d 1022, 1025 (S.D. Iowa 2008). When reviewing the magistrate judge's detention order, the district court must make the same inquiry regarding a defendant's risk of flight and danger to the community as did the magistrate. *Maull*, 773 F.2d at 1484.

8. A motion seeking to appeal a release or detention order "shall be determined promptly." 18 U.S.C. § 3145(c).

9. Defendant respectfully requests he be allowed 10 days following receipt of the transcript of the detention hearing to supplement the instant notice of appeal with briefing in support of Defendant's request, to include legal authority and argument.

10. No party will be prejudiced by allowing Defendant 10 days following receipt of the transcript of the detention hearing to supplement the instant notice of appeal with briefing, which will allow Defendant to provide a more complete record and argument on this appeal.

WHEREFORE Defendant hereby provides notice of his appeal to the District Court of the Magistrate Judge's Order for Detention pending trial. Defendant respectfully requests he be allowed 10 days following receipt of the transcript of the detention hearing to supplement the instant notice of appeal with briefing.

Respectfully submitted,

*/s/ Andrea D. Jaeger*
Andrea D. Jaeger
Keegan, Tindal, and Jaeger
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754/563-355-6666
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

### Certificate of Service

The undersigned certifies that the foregoing instrument was electronically filed on April 12, 2022, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Jaeger*