UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cr-1002 |
| ) | |
| vs. ) | **DEFENDANT'S UNRESISTED MOTION** |
| ) | **TO CONTINUE TRIAL AND EXTEND** |
| MATTHEW DANIEL BIRCH, ) | **DEADLINES** |
| ) | |
| Defendant. ) | |

  COMES NOW Defendant Matthew Daniel Birch, by and through his attorneys, Andrea D. Jaeger of Keegan, Tindal, & Jaeger, and for his Unresisted Motion to Continue Trial and Extend Deadlines states as follows:

  1. On January 20, 2022, an Indictment was filed, accusing Defendant of conspiracy to distribute a controlled substance, actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 (count 1); and possession with intent to distribute a controlled substance, actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) (count 2). CM/ECF No. 2.

  2. On March 25, 2022, Defendant made his initial appearance and was arraigned. CM/ECF No. 8. The Government moved for detention, and Defendant was detained pending a detention hearing. CM/ECF Nos. 9–10.

  3. On March 30, 2022, Defendant and the Government proceeded to detention hearing. CM/ECF No. 15. On April 12, 2022, Defendant filed an appeal to the District Court of the Magistrate Judge's order for detention pending trial. Defendant simultaneously requested 10 days following receipt of the transcript of the detention hearing to supplement the notice of appeal with briefing. Defendant understands the Government will request 7 days following the filing of

Defendant's supplemental brief to file its resistance. Defendant does not object to the Government's requested extension.

4. Trial in this matter is scheduled for May 16, 2022. CM/ECF No. 12. Plea entry is due May 2; plea notice/status is due April 25; and pretrial motions are due April 22. *Id.*

5. The Government has recently provided discovery, which is voluminous.

6. Defendant respectfully requests trial in this matter be continued, and all deadlines be accordingly extended, to allow Defendant an opportunity to thoroughly review discovery and pursue any material defense evidence and potential motion practice, review the options available to him, complete the appeal of his detention order, and pursue negotiations and/or prepare for trial.

7. Defendant respectfully requests his jury trial be continued 60 days from the current trial setting with all deadlines extended accordingly, including pretrial motions deadline.

8. The below signed counsel and Assistant United States Attorney Devra Hake have discussed the need for a continuance of trial and extension of deadlines. The Government has no objection to the requested continuance and extension.

9. No party will be prejudiced by the requested continuance and extension.

10. No prior continuance has been requested.

WHEREFORE Defendant respectfully requests his Unresisted Motion to Continue Trial and Extend Deadlines be **GRANTED** and his trial be continued 60 days from its current trial setting or such other later date as the Court deems appropriate, with all accompanying deadlines, including pretrial motions deadline, extended accordingly.

Respectfully submitted,

*/s/ Andrea D. Jaeger*
Andrea D. Jaeger
Keegan, Tindal, and Jaeger
2322 E. Kimberly Rd., Ste. 140S
Davenport, IA 52807
Telephone: (319) 887-6900/563-355-6060
Facsimile: (319) 688-2754/563-355-6666
Email: andrea@keeganlegal.com

**ATTORNEYS FOR DEFENDANT**

**Certificate of Service**

The undersigned certifies that the foregoing instrument was electronically filed on April 15, 2022, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to the above cause and to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

*/s/ Andrea D. Jaeger*