# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR22-1002-LTS |
| vs. | **ORDER** |
| MATTHEW DANIEL BIRCH, | |
| Defendant. | |

This case is before me on a letter from defendant Matthew Birch that I asked the clerk's office to file as a pro se motion to disregard crossed out portions of his plea agreement. *See* Doc. 39. Because Mr. Birch is represented by counsel, he may not file motions on his own behalf. As such, the motion (Doc. 39) is **denied without prejudice**. If Mr. Birch's counsel believes that a motion of this nature is necessary and appropriate, she may file such a motion on Mr. Birch's behalf.

Although I am denying the motion, the attorneys for both sides have advised me that they are in agreement that the crossed-out portions are not part of the plea agreement and that any factual statements contained in those crossed-out portions should not be considered at sentencing. As such, Mr. Birch need not worry that those crossed-out portions will be used against him, or even discussed, during his sentencing hearing.

**IT IS SO ORDERED.**

**DATED** this 16th day of September, 2022.

_____
Leonard T. Strand, Chief Judge