# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW DANIEL BIRCH,<br><br>    Defendant. | No. CR22-1002-LTS<br><br>**ORDER RESETTING SENTENCING HEARING** |

Due to a conflict in the Court's calendar, the sentencing hearing set for March 29, 2023, at 3:00 p.m. is **reset** for **April 11, 2023, at 3:00 p.m.** in the Cedar Rapids Courthouse, Courtroom 2.

**IT IS SO ORDERED.**

**DATED** this 16th day of February, 2023.

_____
Leonard T. Strand, Chief Judge