IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 22-CR-1002-LTS |
| vs. | ) ) | |
| MATTHEW DANIEL BIRCH, | ) ) | |
| Defendant. | ) | |

## WITHDRAWAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Assistant United States Attorney Jason Dorval Norwood hereby withdraws his appearance as counsel in this case for the Plaintiff, United States of America.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/ Jason Dorval Norwood*

JASON DORVAL NORWOOD
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Jason.Norwood@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*